To Asst. District Attorney    Attn: Christopher A. Prine    2/18/15   P.S. Please Appt. me
Karen L. Morris       Clerk of the Court     an Attorney A.S.A.P.
1201 Franklin, Ste. 600    Court of Appeals, First District of Texas   before 30 days is up by 3/4/15
Houston, TX. 77002      301 Fannin St.    (713) 274-2700
             Houston, TX. 77002-2066    Court of Appeals Case #

My name is Princella V. Ross-Steele #1926484    01-15-00120-CV
I'm Indigent    Hobby Unit                   Trial Ct. case # 201243323
so please waive
the 10.00 fee + 195.00   742 F.M. 712 I-220 B   1(254) 883-5561 for conference call w/ me here at
Filing fees    Marlin, TX. 76661-4685            the Unit

& I'm writing the both of you in response to the documents I just received today, regarding my Appeal on the Forfeiture/Seizure of my $51,239.00 taken from me on 7/4/12 + properties along with the $739.00 taken from me on 2/4/13 + properties, including my jewelry, my husband's Viagra pills, credit cards, valuable Gift cards, Birth Certificates, etc. I've previously sent motions to the following: (1) 152nd CT. Judge Robert Schaffer (713) 368-6807 case # 201243323   201 Caroline 11th FL. Hou. TX
(2) 263rd CT. Judge Jim Wallace (713) 755-6944 case # 1416047010 10   77002
(3) Harris County District Clerk's Office 201 Caroline Ste. 420 Hou. TX 77002
(4) D.A. Robyn Brown (Civil case # 201243323 at (713) 755-5800 —— both: 1201 Franklin
(5) D.A. Jill Folterman (Criminal case # 1416047010 10 (713) 755-5800 / Ste. 600 Hou. TX 77002

Requesting to be Appointed Counsel for this Appeal case # 01-15-00
Please send me back   (6) To Be Bench Warranted for the 1/9/15 Sat 8:30 Am Hearing   120-CV
a copy of each enclosed   (c) Appointed Counsel for my Criminal case # 1416047010 10
+ a Status of my appeal
but No one has   that maybe on Appeal time sheet says "Inmate Case by Appeal" Ross-Steel
responded to me—So PLEASE ___ GRANT ME AN ATTY. A.S.A.P.

Cause # 1416047010ID for criminal case in 263rd CT. Judge Wallace (713)755-6744 D.A.
Cause # 201243323 for civil case in 152nd CT. Judge Robert Schaffer (713) 368-6807   Page ③ is 3TL
D.A. is Robyn Brown (713) 755-5800

## Declaration of Inability To Pay Cost

The following Declaration is made pursuant to the Texas Rules of Civil Procedure and Title 6, Chapter 132 of the Texas Civil Practice & Remedies Code.

Now respectfully comes, PRINCELLA VALENTINE STEELS, T.D.C.J. # 1926484, and declares that I am unable to pay costs in this criminal action and requests leave of the Court to proceed in forma pauperis in this accompanying criminal action and would show the Court the following:

(1) I am presently incarcerated in the Hobby Unit of the Texas Dept. of Criminal Justice where I am not permitted to earn or handle money.

(2) I have no source of income or spousal income.

(3) I currently have 5.18 credited to me in the Inmate Trust Fund.

(4) During my incarceration in the T.D.C.J. I have received approximately 30.00 per month as gifts from relatives and friends.

(5) I neither own nor have an interest in any realty, stocks, bonds, or bank accounts, and I received no interest or dividend income from any source.

(6) I have 4 dependants.

(7) I have total debts of approximately $10,000.00.

(8) I owe $0 as restitution.

(9) My monthly expenses are approximately $50.00.

01-15-00120-CV

Being presently incarcerated in the Hobby Unit of the T.D.C.J. in Falls County, Texas, I verify and declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this the 23rd day of January, 2015.

PRINCELLA VALENTINE STEELS # A26484
Hobby Unit
742 F.M. 712 I-220B
Marlin, Tx. 76661-4685

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
FEB 27 2015
CHRISTOPHER A. PRINE
CLERK _CM_

EX PARTE
PRINCELLA V. STEELS

Cause No. 201243323 (713)755-5800
Civil Case No. DA is Robyn Brown
Cause No. 141604701010
for criminal case out of 263rd CT.
1201 Franklin 15th fl., Houston, Tx.
DA is Jill Feldarman 77002

In the 152 District Ct.
of
Harris County, Texas
201 Caroline 11th fl., Hou. Tx 77002

## Motion For Bench Warrant Or In The Alternative Motion For Hearing by Conference Call

PRINCELLA V. STEELS _____ (Petitioner) in the above styled and numbered cause appeared in person before me today and stated under oath and penalty of perjury, in accordance with Title 6 of the Texas Civil Practice and Remedies Code, Chapter 132:

My name is Princella V. Steels (Petitioner), my offender # is 01926484. I am competent to make this affidavit. I am presently encarcerated in the Hobby Unit located at 742 F.M. 712 _____ in Marlin (city), Tx. that I am unable to personally appear before the Court and give testimony in this cause and respectfully request the court to issue a warrant from the bench ordering the Sheriff of Falls _____ (Name of County), to transport me to this Court for the final hearing in this matter, so that I may give testimony. In the alternative, I ask the court to hold a hearing by telephone conference call with me by calling 1(254)883-5561.

### Prayer

Petitioner respectfully prays that this Court grant this motion and order the Sheriff of Falls County to transport Petitioner to the final hearing of this cause.

Respectfully submitted,
Princella V. Steels
Name
Petitioner, Pro Se
TDCJ. ID # 01926484

T.D.C.J. Institutional Division
Hobby Unit
742 F.M. 712 Marlin Tx 76661-4665

Note: My next court Hearing is set for 1/9/15 @ 8:30 AM in 152nd CT. Judge Robert Schaffer burg. (713)368-6807
201 Caroline 11th fl., for my civil case regarding the $1,239.00 Seized 7/3/12. Houston, Tx. 77002
Case # 201243323 (713)755-5800
DA is Robyn Brown

My criminal case is said to be on appeal through my T.D.C.J. Time sheet by S.C.O.F. say they don't see it - so am I on appeal or not?
Case # 141604701010    1201 Franklin 15th fl.,
DA is Jill Feldarman    Houston, Tx. 77002
(713)755-5800    (713)755-6944
Judge Jim Wallace

FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 27 2015

CHRISTOPHER A. PRINE
CLERK

Case # 01-15-00120-CV Court of Appeals, First District
and case # 1416047010 10 out of 263rd C.T. Judge J. Wallace
(criminal case for "FRAUD USE of Possession of ID")

## Declaration Of Inability To Pay Cost

The following Declaration is made pursuant to the Texas Rules of Civil Procedure and Title 6, Chapter 132 of the Texas Civil Practice & Remedies Code.

Now Respectfully comes, PRINCELLA V. STEELS, TDCJ # 1976484, and declares that I am unable to pay the Court costs in this criminal action and requests leave of the Court to proceed in forma pauperis in this accompanying criminal action and would show the Court the following:

(1) I am presently incarcerated in the Hobby Unit of the T.D.C.J. where I am not permitted to earn or handle money.

(2) I have no source of income or spousal income.

(3) I currently have $.00 credited to me in the Inmate Trust Fund.

(4) During my incarceration in the T.D.C.J. I have received approximately $20.00 per month as gifts from relatives & friends.

(5) I neither own nor have an interest in any realty, stocks, bonds, or bank account, and I received no interest or dividend income from any source.

(6) I have 4 dependants.

(7) I have total debts of approximately $10,000.00.

(8) I owe 0 as restitution.

(9) My monthly expenses are approximately $20.00.

Being presently incarcerated in the Hobby Unit of the T.D.C.J. in Falls County, Texas, I verify and declare under penalty of perjury that the forgoing statements are true and correct.

Executed on this the 25 day of FEBUARARY 2015.

PRINCELLA V. STEELS

PRINTED NAME TDCJ. #